| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony R. Bisconti, State Bar No. 269230<br>tbisconti@bklwlaw.com<br>BIENERT KATZMAN LITTRELL WILLIAMS LLP<br>360 E. 2nd Street, Suite 625<br>Los Angeles, California 90012<br>Telephone (213) 528-3400<br>Facsimile (949) 369-3701<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re   All Cases Identified in Exhibit A attached hereto | |
|---|---|
| Debtor(s), | CHAPTER |
| | CASE NUMBER |
| Plaintiff(s), | ☐   ADVERSARY NUMBER (if applicable)<br>☑   See attached list for multiple cases that require an update to the attorneys information |
| vs. | |
| Debtor(s). | |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Anthony R. Bisconti_____, 269230_____, tbisconti@bklwlaw.com_____

          *Name*                 *Bar ID Number*              *E-Mail Address*

❏  am **counsel of record** or

    ❏  **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

☑  am **counsel of record** or

    ❏  **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____

New Firm/Government Agency Name_____

New Address 360 E. 2nd Street, Suite 625 Los Angeles, California 90012_____

New Telephone Number_____New Facsimile Number _____

New E-Mail Address_____

_____
Notice of Change of Address or Law Firm

(September 2009)

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:\*\***
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

  **Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action.  There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

  **\*\*This form *cannot* be used as a substitution of attorney form.  For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*.  At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 1/10/23                                      /s/ Anthony R. Bisconti
_____          _____
                                                        Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED.  IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1.  Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases.  The court will update the case information once filed.

# EXHIBIT A

| Case Number | Case Title | Chapter/Lead BK Case |
|---|---|---|
| 2:16-bk-13852-BB | East Coast Foods, Inc. | 11 |
| 2:21-bk-10152-ER | Dean M. Harris | 7 |
| 8:20-bk-13335-SC | Heartwise, Inc. | 11 |
| 8:21-ap-01019-SC | DavidPaul Doyle v. Robinson Pharma, Inc. et al. | 11 |
| 8:19-bk-10526-TA | LF Runoff 2, LLC | 7 |
| 2:21-bk-13523-ER | Urban Commons LLC | 7 |
| 6:16-bk-13497-WJ | Dana Rae Burgess | 7 |
| 6:13-bk-22713-MH | Abel Solorzano and Irma Solorzano | 7 |
| 2:21-bk-19480-ER | Howard Chorng Jeng Wu | 7 |
| 2:22-bk-11335-VZ | Dov Arieh Charney | 11 |
| 2:22-ap-01078-ER | John Michael Dannelley et al. v. Howard Chorng Jeng Wu | 7 |
| 2:22-ap-01128-VZ | Standard General, L.P. et al. v. Dov Arieh Charney | 11 |
| 2:20-bk-20876-BB | Airport Van Rental, Inc. | 11 |
| 8:22-bk-11585-TA | AB Capital, LLC | 7 |
| 8:22-ap-01091-TA | Richard A. Marshack, Ch. 7 Trustee v. Joshua A. Pukini et al. | 7 |